UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK CARNAZZA, derivatively on behalf of INSULET CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>DUANE M. DESISTO, PATRICK J. SULLIVAN, CHARLES T. LIAMOS, BRIAN K. ROBERTS, ALLISON DORVAL, JOHN A. FALLON, SALLY W. CRAWFORD, TIMOTHY J. SCANNELL, STEVEN T. SOBIESKI, REGINA O. SOMMER, JOSEPH S. ZAKRZEWSKI, DAVID A. LEMOINE, and JESSICA HOPFIELD,<br><br>Defendants,<br><br>and<br><br>INSULET CORPORATION,<br><br>Nominal Defendant. | Civil Action No. 17-11977-MLW<br><br>**ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' MOTION TO DISMISS
## THE VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

Pursuant to Federal Rules of Civil Procedure 23.1(b) and 12(b)(6), Defendants Duane M. DeSisto, Patrick J. Sullivan, Charles T. Liamos, Brian K. Roberts, Allison Dorval, John A. Fallon, Sally W. Crawford, Timothy J. Scannell, Steven T. Sobieski, Regina O. Sommer, Joseph S. Zakrzewski, David A. Lemoine, Jessica Hopfield, and Nominal Defendant Insulet Corporation ("Defendants") move to dismiss the Verified Shareholder Derivative Complaint ("Complaint") in its entirety and with prejudice. As grounds for this Motion, Defendants state as follows:

ACTIVE/93598473.1

The Complaint should be dismissed for the reasons stated in the Memorandum of Law in Support of Defendants' Motion to Dismiss the Verified Shareholder Derivative Complaint and the Declaration of Caroline H. Bullerjahn in Support of Defendants' Motion to Dismiss the Verified Shareholder Derivative Complaint, along with accompanying exhibits.

WHEREFORE, Defendants respectfully request that this Court issue an Order dismissing the Complaint in its entirety and with prejudice, and granting such other and further relief as the Court deems just and proper.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants request oral argument on their Motion to Dismiss the Verified Shareholder Derivative Complaint.

Dated: December 11, 2017

Respectfully submitted,

Defendants

By their attorneys,

*/s/ Caroline H. Bullerjahn*
Deborah S. Birnbach (SBN 628243)
Caroline H. Bullerjahn (SBN 657241)
Katherine G. McKenney (SBN 660621)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: +1 617 570 1000
Fax.: +1 617 523 1231
E-mail: dbirnbach@goodwinlaw.com
          cbullerjahn@goodwinlaw.com
          kmckenney@goodwinlaw.com

*Counsel for Defendants*

## LOCAL RULE 7.1(A)(2) CERTIFICATE AND CERTIFICATE OF SERVICE

I, Caroline H. Bullerjahn, hereby certify that counsel for the parties conferred concerning the subject of this motion prior to filing, but were unable to resolve or narrow the issues in dispute.

I further certify that a copy of the foregoing Defendants' Motion to Dismiss the Verified Shareholder Derivative Complaint, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 11, 2017.

Dated:  December 11, 2017         /s/ *Caroline H. Bullerjahn*
                                  Caroline H. Bullerjahn