UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAQIM WALKER, derivatively on behalf of INSULET CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DUANE DESISTO, PATRICK SULLIVAN, CHARLES LIAMOS, BRIAN ROBERTS, ALLISON DORVAL, JOHN FALLON, SALLY W. CRAWFORD, TIMOTHY J. SCANNELL, STEVEN T. SOBIESKI, REGINA SOMMER and JOSEPH ZAKRZEWSKI,<br><br>Defendants,<br><br>and<br><br>INSULET CORPORATION,<br><br>Nominal Defendant. | : : : : : : : : : : : : : : : : : : : : : : : : : : : : | Civil Action No. 1:17-cv-10738-MLW |
| FRANK CARNAZZA, derivatively on behalf of INSULET CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DUANE M. DESISTO, PATRICK J. SULLIVAN, CHARLES T. LIAMOS, BRIAN K. ROBERTS, ALLISON DORVAL, JOHN A. FALLON, SALLY W. CRAWFORD, TIMOTHY J. SCANNELL, STEVEN T. SOBIESKI, REGINA O. SOMMER, JOSEPH S. ZAKRZEWSKI, DAVID A. LEMOINE, and JESSICA HOPFIELD,<br><br>Defendants,<br><br>and<br><br>INSULET CORPORATION,<br><br>Nominal Defendant. | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | Civil Action No. 1:17-cv-11977-MLW |

## UNOPPOSED MOTION OF FRANK CARNAZZA TO CONSOLIDATE RELATED ACTIONS

Plaintiff Frank Carnazza ("Plaintiff") respectfully moves this Court pursuant to Rule 42(a) of the Federal Rules of Civil Procedure for an order consolidating the above-captioned related actions.  This motion is based on the attached memorandum of points and authorities and the Court's complete files and records in the actions, as well as such further argument as the Court may request.

## COMPLIANCE WITH LR 7.1(a)2

This motion is filed pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. Pursuant to LR. 7.1 (a) 2, counsel for Plaintiff met and conferred with counsel for defendants and counsel for Plaintiff Walker who do not oppose the relief requested in this motion.

Respectfully submitted,

**PASTOR LAW OFFICE, LLP**

*s/ David Pastor*
DAVID PASTOR (BBO # 391000)
dpastor@pastorlawoffice.com
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

**THE WEISER LAW FIRM, P.C.**
ROBERT B. WEISER
rw@weiserlawfirm.com
BRETT D. STECKER
bds@weiserlawfirm.com
JAMES M. FICARO
jmf@weiserlawfirm.com
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 17, 2018.

*s/ David Pastor*
DAVID PASTOR